IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ALBINO ARREOLA FRASCO,

    Petitioner,

v.                                                                     Case No. 2:25-cv-03179-MSN-cgc

TRINITY MINTER, Warden Of The West Tennessee Detention Facility, In Her Official Capacity, SCOTT LADWIG, Acting Field Office Director Of The New Orleans Field Office, U.S. Immigration And Customs Enforcement, TODD M. LYONS, In His Official Capacity As Acting Director Of U.S. Immigration And Customs Enforcement, KRISTI NOEM, In Her Official Capacity As Secretary, U.S. Department Of Homeland Security, PAMELA BONDI, In Her Official Capacity As Attorney General Of The United States, AND DAREN K. MARGOLIN, Director For Executive Office For Immigration Review,

    Respondents.

---

**ORDER DIRECTING CLERK TO MODIFY DOCKET, ORDERING PETITIONER TO SERVE PETITION, AND ORDERING RESPONDENT TO SHOW CAUSE**

---

Petitioner Albino Arreola Frasco, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1, "§ 2241 Petition.")

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The proper respondent in this case is

Mellissa B. Harper, the New Orleans Field Office[1] Director for ICE Enforcement and Removal Operations.[2]  The Clerk is **DIRECTED** to add Mellissa Harper as Respondent and to terminate Trinity Minter, Scott Ladwig, Todd M. Lyons, Kristi Noem, Pamela Bondi, and Daren K. Margolin as Respondents.

Petitioner is **ORDERED** to provide immediate service of the Petition and this Order to the United States Attorney for the Western District of Tennessee electronically at stuart.canale@usdoj.gov.  Respondent is **ORDERED** to show cause within **14 days** of such electronic service why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Electronic service on the United States Attorney for the Western District of Tennessee is not a substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

Petitioner may file a reply to Respondent's answer or response within **seven (7) days** of service.  If Petitioner asserts that there are issues of fact that need to be resolved at a hearing, Petitioner shall include those issues in the reply.  If the Court finds that a hearing is necessary, a date will be set by separate order.  *See* 28 U.S.C. § 2243.

**IT IS SO ORDERED**, this 12th day of January, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

[1] The address for the New Orleans Field Office of ICE's Enforcement and Removal Operations is 181 James Drive W, St. Rose, LA 70087. *See* https://www.ice.gov/field-office/new-orleans-field-office (last accessed Jan. 12, 2026), archived at https://perma.cc/8DG8-TK9L.

[2] *See* Immigration and Customs Enforcement, https://www.ice.gov/news/releases/ice-relocates-new-orleans-field-office-headquarters-st-rose-louisiana#:~:text=%E2%80%9CWe%20are%20excited%20to%20be,Harper. (last accessed Jan. 12, 2025), archived at https://perma.cc/FF95-9K6P.